IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| URIEL ROJAS VARGAS,<br>　　　　　　　　Plaintiff,<br><br>v.<br><br>BONDI, *et al.*,<br>　　　　　　　　Defendant. | §<br>§<br>§<br>§<br>§　No. 1:25-cv-01699-DAE<br>§<br>§<br>§<br>§ |

ORDER

Before the Court is the status of the above captioned case and Petitioner's Habeas Petition. (Dkt. # 1.) On November 5, 2025, this Court issued an Order granting Petitioner's Motion for Temporary Restraining Order, directing Respondents to hold a bond hearing for Petitioner by November 19, 2025. (Dkt. # 7.) On November 20, 2025, both parties filed status reports, informing the Court that a bond hearing was conducted on November 13, 2025, at which the Immigration Judge found Petitioner to be a flight risk and denied his release on bond. (Dkt. ## 11, 12.)

On November 25, 2025, the Court issued an Order denying Plaintiff's Emergency Motion to Enforce its previous Order, finding that the Immigration Judge stated the correct standard in its bond decision. (Dkt. # 13.) The Court additionally expressed its inclination to dismiss Petitioner's Habeas Petition in

1

light of Petitioner receiving his requested bond hearing. (Id.) This Court ordered Petitioner to file briefing or an amended petition if he opposed such a course of action by December 5, 2025. (Id.) To date, Petitioner has not made any further filings.

Upon reviewing the habeas petition, briefs, and the status of this case, it appears that Petitioner received his requested relief and there is nothing left for the Court to do in this case. (See Dkt. # 1.) Accordingly, Petitioner's Habeas Petition is **DISMISSED**. Petitioner's Motion for Preliminary Injunction is **DENIED AS MOOT**. (Dkt. # 4.) The Clerk is **INSTRUCTED** to **CLOSE THE CASE**.

**IT IS SO ORDERED.**

DATED: Austin, Texas, January 14, 2026

_____
David Alan Ezra
Senior United States District Judge